DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
KHALID LANIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID LANIER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a municipal entity, POLICE OFFICER ALFONSO CASTILLO, in his individual and official capacities, POLICE OFFICER STEPHEN TAYLOR in his individual and official capacities, COUNTY OF FRESNO, and DOES 1-100, Jointly and Severally,<br><br>    Defendants. | Case No. 1:10-CV-01120-LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

The parties, by and through their respective counsel, hereby stipulate and agree that the hearing on the Motion to Dismiss Plaintiff's Complaint filed on behalf of defendants CITY OF FRESNO, a Public Entity, OFFICER ALFONSO CASTILLO and OFFICER STEPHEN TAYLOR (hereinafter "Defendants") shall be held at 8:30 a.m. on October 14, 2010, and the briefing schedule shall be calculated as if that was the initial hearing date of said Motion.

DATED: August 30, 2010            HELBRAUN LAW FIRM


                                  _____
                                  David M. Helbraun
                                  Attorney for Plaintiff
                                  KHALID LANIER

DATED: August 31, 2010                             WEAKLEY, ARENDT & McGUIRE LLP

_____
Rosemary T. McGuire
Roy C. Santos
Attorneys for Defendants, CITY OF FRESNO, OFFICER ALFONSO CASTILLO and OFFICER STEPHEN TAYLOR

## **ORDER**

This Court's practice is to consider motions on the record without a hearing. *See* Local Rule 230(g). As such, and based on the parties' stipulation, this Court:

1. VACATES the September 16, 2010 hearing on defendants' motion to dismiss;
2. ORDERS plaintiff, no later than September 30, 2010, to file and serve papers to respond to defendants' motion to dismiss;
3. ORDERS defendants, no later than October 7, 2010, to file and serve reply papers; and
4. RESETS the scheduling conference to December 2, 2010 at 9:45 a.m. in Department 8 before U.S. Magistrate Judge Sheila Oberto.

This Court will rule on defendants' motion to dismiss without a hearing, unless this Court orders otherwise or plaintiff files an amended complaint as a matter of right.

IT IS SO ORDERED.

Dated:   September 1, 2010                   /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE