1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Roy C. Santos, Esq.           Bar No. 259718
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3  1630 East Shaw Avenue, Suite 176
   Fresno, California 93710
4  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, CITY OF FRESNO, OFFICER ALFONSO CASTILLO,
6         OFFICER STEPHEN TAYLOR and COUNTY OF FRESNO

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  KHALID LANIER, | CASE NO. 1:10-CV-01120-LJO-SKO |
| 12         Plaintiff, | |
| 13    vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT COUNTY OF FRESNO'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |
| 14  CITY OF FRESNO, a municipal entity, POLICE OFFICER ALFONSO CASTILLO, | |
| 15  in his individual and official capacities, POLICE OFFICER STEPHEN TAYLOR in | |
| 16  his individual and official capacities, COUNTY OF FRESNO, and DOES 1-100, | |
| 17  Jointly and Severally, | Complaint Filed: 06/21/10 |
| 18         Defendants. | |

19

20    WHEREAS, Plaintiff KHALID LANIER (the "Plaintiff") served the Complaint in this action on

21  Defendant COUNTY OF FRESNO (the "Defendant") on August 18, 2010;

22    WHEREAS, absent an extension of time, the deadline for Defendant to answer or otherwise

23  respond to the Complaint is September 7, 2010;

24    WHEREAS, there have been no prior stipulations or requests for extension of time to respond

25  to the Complaint;

26    WHEREAS, counsel for Defendant recently was retained to represent Defendant in this action,

27  and Defendant requires additional time to prepare its response to the Complaint; and

28  ///

---
Stipulation and Order to Extend
Time to Respond to or Answer Complaint

WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer or otherwise respond to the Complaint by nine (9) days beyond the time limits specified in the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant COUNTY OF FRESNO shall have until September 16, 2010, to answer or otherwise respond to Plaintiff's Complaint.

DATED: September 3, 2010                         WEAKLEY, ARENDT & McGUIRE, LLP

                                                By:   /s/ Roy C. Santos
                                                      Rosemary T. McGuire
                                                      Roy C. Santos
                                                      Attorneys for Defendants

DATED: September 3, 2010                         HELBRAUN LAW FIRM

                                                By:   /s/ David M. Helbraun
                                                      David M. Helbraun
                                                      Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   September 8, 2010**                   **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Extend
Time to Respond to or Answer Complaint                    2