| | |
|---|---|
| 1 | DAVID M. HELBRAUN (SBN 129840) |
| | **HELBRAUN LAW FIRM** |
| 2 | 351 California Street, Suite 900 |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 982-4000 |
| | Facsimile: (415) 352-0988 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | KHALID LANIER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KHALID LANIER,

        Plaintiff,

v.

CITY OF FRESNO, a municipal entity, POLICE OFFICER ALFONSO CASTILLO, in his individual and official capacities, POLICE OFFICER STEPHEN TAYLOR in his individual and official capacities, COUNTY OF FRESNO, and DOES 1-100, Jointly and Severally,

        Defendants.

Case No. 1:10-CV-01120-LJO-SKO

STIPULATION AND ORDER GRANTING CONTINUANCE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

DATE:   December 14, 2010
TIME:   8:30 a.m.
CTRM:  Four
The Honorable Lawrence J. O'Neill

Complaint Filed: 06/21/10
First Amended Complaint Filed: 10/19/10

     The parties, by and through their respective counsel, hereby stipulate and agree that the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint filed on behalf of defendants CITY OF FRESNO, COUNTY OF FRESNO, OFFICER ALFONSO CASTILLO and OFFICER STEPHEN TAYLOR (hereinafter "Defendants") shall be held at 8:30 a.m. on December 14, 2010, and the briefing schedule shall be calculated as if that was the initial hearing date of said Motion.

                                          Respectfully submitted,

DATED: November __, 2010        HELBRAUN LAW FIRM

                                          _____
                                          David M. Helbraun
                                          Attorney for Plaintiff
                                          KHALID LANIER

DATED: November __, 2010          WEAKLEY, ARENDT & MCGUIRE LLP

_____
Rosemary T. McGuire
Roy C. Santos
Attorneys for Defendants, CITY OF FRESNO, COUNTY OF FRESNO, OFFICER ALFONSO CASTILLO and OFFICER STEPHEN TAYLOR

## ORDER

Based on the parties' stipulation, this Court:

1. VACATES the December 7, 2010 hearing on defendants' motion to dismiss;

2. ORDERS plaintiff, no later than November 30, 2010, to file papers to oppose the motion to dismiss;

3. ORDERS defendants, no later than December 7, 2010, to file reply papers for their motion to dismiss.

Pursuant to its practice, this Court will consider the motion to dismiss on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   November 15, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE