1  James D. Weakley, Esq.     Bar no. 082853
   Roy C. Santos, Esq.        Bar No. 259718
2
          WEAKLEY & ARENDT, LLP
3        1630 East Shaw Avenue, Suite 176
            Fresno, California  93710
4          Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
5

6  Attorneys for Defendant, OFFICER ALFONSO CASTILLO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   KHALID LANIER,                          )  CASE NO. 1:10-CV-01120-LJO-SKO
11                                         )
              Plaintiff,                   )
12                                         )
         vs.                               )  **STIPULATION AND ORDER AMENDING**
13                                         )  **THE SCHEDULING ORDER**
   CITY OF FRESNO, a municipal entity,     )
14 POLICE OFFICER ALFONSO CASTILLO,        )
   in his individual and official capacities, )
15 POLICE OFFICER STEPHEN TAYLOR in        )
   his individual and official capacities,  )
16 COUNTY OF FRESNO, and DOES 1-100,       )
   Jointly and Severally,                  )
17                                         )
              Defendants.                  )
18 _____ )

19       IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered

20 by this Court, that the Scheduling Order, Doc. No. 44, be amended and that the discovery deadlines,

21 dispositive, and non-dispositive motion filing deadline be rescheduled. There is good cause for extending

22 these dates.  First, given defense counsel's need to transition the Honorable Rosemary T. McGuire cases

23 to other attorney's within the firm and the resulting heavy caseload during this transition period

24 scheduling discovery became problematic.  In hindsight it appears that the deadlines agreed to in the

25 Scheduling Order were a bit too optimistic. Also, drafting the stipulation and protective order so as to

26 contain mutually agreeable language protecting confidential City of Fresno Police Department policies

27 and procedure and confidential training records of Defendant and along with providing these confidential

28 materials to Plaintiff's counsel prior to his conducting of the deposition of Defendant has caused some

_____
Stipulation and Order Amending the
Scheduling Order

delays in the discovery process. Furthermore, the proposed amended deadlines do not alter the pretrial conference nor the trial date as agreed to in the Scheduling Order, Doc. No. 44.

Based on the foregoing, IT IS HEREBY STIPULATED:

| DEADLINE | CURRENT | NEW |
|---|---|---|
| Non-Expert Discovery | 9/15/2011 | 11/30/2011 |
| Expert Disclosure | 9/30/2011 | 11/30/2011 |
| Supplemental Expert Disclosure | 10/10/2011 | 12/15/2011 |
| Expert Discovery | 10/24/2011 | 12/30/2011 |
| Non-Dispositive Motions | 10/19/2011 | 11/30/2011 |
| Dispositive Motions | 10/31/2011 | 1/16/2012 |
| Settlement Conference | 10/27/2011 | 2/29/2012 |

**IT IS SO STIPULATED:**

DATED: September 7, 2011              WEAKLEY & ARENDT, LLP

                                       By:    /s/  Roy C. Santos
                                              James D. Weakley
                                              Roy C. Santos
                                              Attorneys for Defendant,
                                              Officer Alfonso Castillo

DATED: September 7, 2011              HELBRAUN LAW FIRM

                                       By:    /s/  David M. Helbraun
                                              David M. Helbraun
                                              Attorney for Plaintiff

Stipulation and Order Amending the
Scheduling Order                              2

# ORDER

The parties' request for a modification of the schedule is GRANTED. With the exception of the proposed date for the settlement conference, the dates proposed by the parties are adopted by the Court. The modified schedule is set forth below:

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Non Expert Discovery | September 15, 2011 | November 30, 2011 |
| Expert Disclosure | September 30, 2011 | November 30, 2011 |
| Supp. Expert Disclosure | October 10, 2011 | December 15, 2011 |
| Expert Discovery | October 24, 2011 | December 30, 2011 |
| Non-Dispositive Motions | October 19, 2011 | November 30, 2011 |
| Dispositive Motions | October 31, 2011 | January 16, 2012 |
| Settlement Conference | October 27, 2011 | February 2, 2012 |

IT IS SO ORDERED.

**Dated:   September 8, 2011**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Amending the
Scheduling Order                        3